## WALTER ALEX, APPELLANT, v. STATE OF NEVADA, RESPONDENT.

No. 6914

March 22, 1973                    507 P.2d 718

*Gary A. Sheerin,* State Public Defender, for Appellant.

*Robert List,* Attorney General, *Robert A. Groves,* Deputy Attorney General, and *Roy A. Woofter,* District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Walter Alex, through a post-conviction proceeding, seeks release from prison on the ground that another person, one Alfred "Cat" Adams, committed the crime. Adams so testified. The district court did not believe his testimony since he had come forward in like fashion for other convicted persons, and since the record of the trial otherwise supports the conviction of Alex. The court acted within its discretion.

Affirmed.